| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | THOMAS MOORE (ASBN 4305-O78T)<br>Assistant United States Attorney |
| 3 | Chief, Tax Division<br>DAVID L. DENIER (CSBN 95024) |
| 4 | Assistant United States Attorney<br>  9th Floor Federal Building |
| 5 |   450 Golden Gate Avenue, Box 36055<br>  San Francisco, California  94102 |
| 6 |   Telephone:  (415) 436-6888<br>  Fax:          (415) 436-6748 |
| 7 | |
| 8 | Attorneys for the United States of America |

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and<br>KIMBERLY WALKER, Revenue Officer, | )<br>) | CV No. 09 1182 |
| Petitioners, | )<br>) | **ORDER TO SHOW CAUSE RE<br>ENFORCEMENT OF INTERNAL** |
| v. | )<br>) | **REVENUE SERVICE SUMMONS** |
| RNJ Incorporated Grace Body Shop;<br>Grace Mann | )<br>)<br>) | |
| Respondent. | )<br>) | |

  Good cause having been shown by the petitioner upon its petition filed in the above-entitled proceeding on ___March 18___, 2009, it is hereby:

  **ORDERED** that respondent RNJ Incorporated Grace Body Shop/Grace Mann appear before this Court on the __14__ day of __May__, 2009, at __8:00 a.m.__.m., in Courtroom No. __9__, __19__ Floor, United States District Court, __450 Golden Gate Ave.__, __San Francisco__, California, and then and there show cause, if any, why respondent should not be compelled to appear and provide documents and testimony as required by the summons heretofore served upon respondent as alleged and set forth in particular in said petition; and it is further

  **ORDERED** that a copy of this Order to Show Cause, together with a copy of the aforesaid petition, be served upon said respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure at least thirty-five (35) days before the return date of this Order above

specified; and it is further

      **ORDERED** that within twenty-one (21) days before the return date of this Order, respondent may file and serve a written response to the petition, supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion respondent desires to make, that the petitioner may file and serve a written reply to such response, if any, within fourteen (14) days before the return date of this Order; that all motions and issues raised by the pleadings will be considered on the return date of this Order, and only those issues raised by motion or brought into controversy by the responsive pleadings and supported by affidavit(s) or declaration(s) will be considered at the return of this Order, and any uncontested allegation in the petition will be considered admitted.

      **ORDERED** this 25 day of March, 2009, at San Francisco, California.

IT IS SO ORDERED
Judge William Alsup

_____
UNITED STATES DISTRICT JUDGE

ORD. TO SHOW CAUSE RE ENF.
OF IRS SUMMONS                                   2