**E-filing**

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and KIMBERLY WALKER, Revenue Officer, Petitioners, | NO. C-09-1182 WHA |
| v. | ORDER ENFORCING SUMMONS |
| RNJ Incorporated Grace Body Shop, Grace Mann, Respondent. | |

This case having come on for hearing on May 14, 2009, upon the return of an Order to Show Cause heretofore issued by this Court, and the Court having considered the record herein, including the Verified Petition To Enforce Internal Revenue Service Summons, it is hereby:

**ORDERED** that respondent, GRACE MANN, shall appear before Revenue Officer KIMBERLY WALKER, or any other designated agent, on June 26, 2009, at 9:00 a.m., at the Offices of the Internal Revenue Service located at 450 Golden Gate Avenue, 6th Floor, San Francisco, CA 94102, and then and there give testimony relating to the matters described in the subject Internal Revenue Service summons, copies of which are attached hereto as **Exhibit A** and produce for the Revenue Officer's inspection and copying respondent's records also described in the subject Internal Revenue Service summons.

**ORDERED** this 14 day of May 2009, at San Francisco, California.

_____
UNITED STATES DISTRICT JUDGE



# Summons

## Collection Information Statement

In the matter of  R N J Incorporated Grace body shop/Grace Mann Office Manager 1370 San Mateo Avenue South San Francisco, California 94080
Internal Revenue Service (Identify Division)  Small Business/Self Employed
Industry/Area (Identify by number or name)  Small Business/Self Employed - California Area
Periods:  941 03/31/2007, 941 03/31/2008, 940 12/31/2007

**The Commissioner of Internal Revenue**

To:  R N J Incorporated/Grace Mann
At:  1370 San Mateo Avenue South San Francisco, California 94080

You are hereby summoned and required to appear before Kimberly Walker, an Internal Revenue Service (IRS) officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 05/01/2008  To 11/30/2008

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:

450 Golden Gate, San Francisco  415 522 4618

Place and time for appearance: At  450 Golden Gate, San Francisco



**Department of the Treasury**
**Internal Revenue Service**
www.irs.gov
Form 6637 (Rev.4-2005)
Catalog Number 25000Q

on the  16th  day of  December , 2008  at  9:00  o'clock  A  m.

Issued under authority of the Internal Revenue Code this 12th day of December, 2009

_____
Signature of issuing officer

_____
Signature of approving officer (if applicable)

Revenue Officer
Title

Revenue officer
Title

EXHIBIT A

Original -- to be kept by IRS

Case 3:09-cv-01182-WHA   Document 6   Filed 05/14/09   Page 3 of 4



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date: 12-4-08

Time: 12:00 p.m.

**How Summons Was Served**

☒ I handed an attested copy of the summons to the person to whom it was directed.

☐ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any):

Signature: [signed] Kimby Walbr

Title: Revenue Officer

I certify that the copy of the summons served contained the required certification.

Signature: [signed] Kimby Walber

Title: Revenue Officer

Catalog No. 25000Q

Form **6637** (Rev. 4-2005)

# Summons Referral
*(if more space is necessary, prepare attachments in quadruplicate.)*

| | | | |
|---|---|---|---|
| 1. | Name and address of person summoned<br>R N J Incorporated Grace body shop<br>Grace Mann Office Manager | 8. | Taxpayer's name and last known address if different from Item 1. |
| 2. | Summons served at above address?<br>☒ Yes   ☐ No *(Explain in Section C)* | 9. | Taxpayer's TIN: 20-5079332 |
| 3. | Manner of Service<br>☒ personal service on person summoned<br>☐ personal service on person authorized to accept service of process- name and title:<br>☐ delivered to other person over 16 years old at last known address - name and relationship to person summoned:<br>☐ left at last known address-not delivered to anyone: *(specify method, i.e., slipped under door, attached to door, etc.)* | 10. | Type of Investigation<br>☒ delinquent account   ☐ examination<br>☐ delinquent return   ☐ other *(specify)*<br>☐ criminal |
| | | 11. | Type of tax and periods involved *(Explain in A. if periods in description of records are different from periods stated in summons caption.)*<br>01 03/31/2007, 01 03/31/2008, 10 12/31/2007 |
| | | 12. | All applicable tax periods included on summons?<br>☐ Yes   ☒ No *(Explain in Section C.)* |
| 4. | If third party summons, was notice given to all persons to whom records pertain?<br>☐ Yes *(indicate in Section B whether petition to quash summons was filed.)* If noticee(s) other than taxpayer, list names and addresses in Section C.)<br>☐ No *(Explain in Section C.)*<br>☒ Not a third party summons | 13. | Statute of limitations problems?<br>☐ Yes *(Explain in Section C.)*   ☒ No |
| | | 14. | Tax liability involved<br>assessed $ $6,114.00<br>estimated $ $35,100.00   *(Explain in Section C.)* |
| 5. | Date of Service: 12/04/2008   Appearance Date: 12/16/2008 | 15. | Taxpayer Category *(corporation, salaried individual, etc.; include spouse if applicable)*<br>CORPORATION |
| 6. | Person Summoned<br>☒ did not appear   ☐ appeared but did not provide all summoned information | 16. | Other civil, criminal, or administrative actions *(Summons enforcement, suit, seizure, etc.)* pending against taxpayer or person summoned?<br>☒ Yes *(Explain in Section C.)*   ☐ No |
| 7. | Does the IRS possess any of summoned information?<br>☐ Yes *(Explain in Section C.)*   ☒ No | 17. | Has there been a referral of this or a related case to the Department of Justice?<br>☐ Yes *(Explain in Section C.)*   ☒ No |

A. Describe exact purpose of summons and relevance of summoned information to periods under investigation:
Please enforce summons, Taxpayer continues to ignore request and break promises. Taxpayer is not compliant.

B. Reason for not complying, if known:

C. Other Information *(Include synopsis of attempts to obtain information before summons was issued, if summoned person is the taxpayer.)*

| | | | |
|---|---|---|---|
| Referring Officers Name, Telephone Number, Office Location, and Office Symbols<br>Kimberly Walker, 415 522 4618, 27121918   *Kimly Walker* | Referring Officer's Signature<br>*Kimly Walker* | Date Referred<br>December 16, 2008 |
| Issuing Officer's Name   *Kimberly Walker* | | Date Issued<br>12-16-08 |
| Approved by (Signature and Title)—If Required | Date Approved | Reviewed by (Signature and Title) | Date Reviewed |

Form **4443** (Rev. 2-93)          **Part 1 - District Counsel**          Department of the Treasury<br>Internal Revenue Service